An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON E. STIDHAM,
                Appellant,
        vs.
RENEE BAKER, WARDEN; AND THE
STATE OF NEVADA,
                Respondents.

No. 68711

**FILED**

SEP 2 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from the denial of a post-conviction petition for writ of habeas corpus. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

It appears from our review of the documents submitted on appeal that the district court's order fails to address appellant's appeal deprivation claim. Because the district court order does not resolve all claims raised below, it is not a final order and we lack jurisdiction. *See Sandstrom v. Second Judicial Dist. Court*, 121 Nev. 657, 659, 119 P.3d 1250, 1252 (2005) (explaining that a final order disposes of all issues and leaves nothing for future consideration). Therefore, we

ORDER this appeal DISMISSED[1]

_____ J.
Parraguirre

_____ , J.
Douglas

_____ , J.
Cherry

---

[1]The parties' stipulation to dismiss this appeal without prejudice is denied as moot.

15-29265

cc: Hon. Lidia Stiglich, District Judge
Oldenburg Law Office
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk